Carroll, Schendorf & Boenicke, Inc., defendant in error, v. I. Gittler, plaintiff in error. Gen. No. 33,692.

Opinion filed January 6, 1930.

Kaplan & Kaplan, for plaintiff in error. Henry M. Hagan, for defendant in error.

Mr. Justice O'Connor delivered the opinion of the court.